UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MICHIGAN

FILED - LN
December 18, 2025 10:13 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: jlg /    SCANNED BY: /

| | | |
|---|---|---|
| John Shapiro | *Plaintiff* | **1:25-cv-01827**<br>Robert J. Jonker<br>**United States District Judge**<br>Complaint |
| v. | | |
| Joy Campanelli | *Defendant* | Jury Trial Demanded |

1. Upon information and belief, Defendant conspired with others, which violated Fourteenth Amendment Rights.

2. Plaintiff demands $1 Million against Defendant.

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

Executed on: 12/1/25

