UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN SHAPIRO,

    Plaintiff,

v.                                                       Case No: 1:25-cv-1827

JOY CAMPANELLI,                             HON. ROBERT J. JONKER

    Defendant.

_____/

## ORDER APPROVING AND ADOPTING MAGISTRATE'S
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on December 26, 2025 (ECF No. 6). The Report and Recommendation was duly served on the parties, and no objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 6) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that the case is **DISMISSED**.

Dated:  January 21, 2026                   /s/ Robert J. Jonker
                                                   ROBERT J. JONKER
                                                   UNITED STATES DISTRICT JUDGE